UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:17-CV-61479-ROSENBERG/SELTZER**

DONNA AMELKIN,

    Plaintiff,

v.

SCOTT J. ISRAEL,

    Defendant.

_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

**THIS CAUSE** came before the Court upon the Mediation Disposition Report [DE 43] indicating that this case has been settled in full. In light of the parties' settlement of this matter, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED**.

2. All hearings are **CANCELLED** and all pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate papers related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate papers related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**. This closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of April, 2018.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record