UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.:  17-cv-61479-RLR/Hopkins

DONNA SUE AMELKIN,
As Personal Representative of the
Estate of DEAN MARK AMELKIN,
Deceased,

      Plaintiffs,

vs.

SCOTT J. ISRAEL, in his official capacity as
Sheriff of Broward County, Florida,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, DONNA SUE

AMELKIN, as Personal Representative of the Estate of DEAN MARK AMELKIN, deceased,

hereby dismisses with prejudice all claims against the Defendant, SCOTT J. ISRAEL, in his

official capacity as Sheriff of Broward County, Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __7th__ day of May, 2018, I electronically filed the

foregoing document with the Clerk of the court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record identified on the attached Service List

via transmission of Notices of Electronic Filing generated by CM/ECF.

**GREENSPOON MARDER LLP**
CityPlace Tower
525 Okeechobee Blvd.
Suite 900

West Palm Beach Florida, 33401
(772) 873-5901
(772) 873-3101 (fax)


LINNES FINNEY, JR., ESQ.
Florida Bar No.: 353671
Linnes.finney@gmlaw.com
JULIA A. FARKAS, ESQ.
Florida Bar No.: 27740
Julia.farkas@gmlaw.com


**SERVICE LIST**

Louis Reinstein, Esq.
lreinstein@kklaw.com
Kelley Kronenberg, Esq.
Attorneys for Defendant Israel
8201 Peters Road, Suite 4000
Fort Lauderdale, FL 33324